# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-660-935**

Effective date of registration:

October 17, 2012

## Title

| | |
|---|---|
| Title of Work: | The Company You Keep |
| Nature of Work: | Motion Picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2012 |

## Author

| | |
|---|---|
| Author: | TCYK, LLC |
| Author Created: | Producer of Motion Picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | TCYK, LLC |
| | 6360 Deep Dell Pl, Los Angeles, CA, 90068 |
| Transfer Statement: | By Written Agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | A Novel; A Screenplay |
| Previously registered: | No |
| Previous registration and year: | PAu 3 578-816   2011 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | Added Principal Photography, Music, Effects, Etc. |

## Certification

| | |
|---|---|
| Name: | Nicholas Chartier |
| Date: | October 17, 2012 |

Registration #: PAU003660935

Service Request #: 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash | ISP | Region | city |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 98.213.193.26 | 2D415A343831322D38424847367259334435666 | Vuze 4.8.1.2 | 05/17/2013 06:02:16 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 2 | 71.194.11.116 | 2D5554333233302D217063E4648379E2E1060815 | µTorrent 3.2.3 | 05/16/2013 11:20:17 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 3 | 98.206.106.26 | 4D372D382D302D2DBA73B85AFAED8A9396442DBE | BitTorrent 7.8.0 | 05/16/2013 11:16:07 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Oak Forest |
| 4 | 71.239.38.104 | 2D415A343930302D366D44374344753968677436 | Vuze 4.9.0.0 | 05/16/2013 02:18:59 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Waukegan |
| 5 | 98.206.50.181 | 2D5554333330302DB973EB85E2CBF46B244127A5 | µTorrent 3.3.0 | 05/15/2013 05:35:49 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Woodstock |
| 6 | 68.58.154.255 | 2D415A343831322D42586C59626141554F6B3463 | Vuze 4.8.1.2 | 05/15/2013 03:09:27 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 7 | 71.201.248.4 | 4D372D382D302D2DBA7350EF82C5105606E47417 | BitTorrent 7.8.0 | 05/14/2013 11:44:30 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Aurora |
| 8 | 76.23.66.243 | 2D4243303133342D3DF0B445A72FBF05FDAB12FB | BitComet 1.34 | 05/14/2013 08:38:53 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 9 | 67.163.11.23 | 4D372D382D302D2DBA735C98A6AF50B30A30D362 | BitTorrent 7.8.0 | 05/14/2013 03:44:27 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Plainfield |
| 10 | 71.239.134.187 | 2D415A343831322D61334647537963396D625978 | Vuze 4.8.1.2 | 05/14/2013 02:13:04 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Midlothian |
| 11 | 67.165.166.156 | 2D4241333330302D49705950ADF2A2FC96EB891C | -BA3300- | 05/14/2013 12:17:09 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Des Plaines |
| 12 | 24.1.244.243 | 2D5554333330302DB9730A2B7FB84A542D953040 | µTorrent 3.3.0 | 05/13/2013 04:11:15 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 13 | 24.1.212.145 | 2D5554333330302DB9739B310518146FFE8B90B5 | µTorrent 3.3.0 | 05/13/2013 04:05:08 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Glenwood |
| 14 | 98.213.33.230 | 2D554D313834302D06733D9ED8CD4A5038395D4E | µTorrent Mac 1.8.4 | 05/13/2013 03:25:12 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Palatine |
| 15 | 98.193.103.4 | 2D554D319930422D4272C1E0685E6CEE35644ED7 | µTorrent Mac 1.9.0 (Beta) | 05/13/2013 12:02:31 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 16 | 98.214.254.8 | 4D372D382D302D2DBA7318C339CB946A1B75B9FD | BitTorrent 7.8.0 | 05/12/2013 04:04:52 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago Heights |
| 17 | 98.253.27.194 | 2D415A343530342D307731774E59665A69683952 | Vuze 4.5.0.4 | 05/12/2013 03:44:55 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Glenview |
| 18 | 50.151.92.134 | 2D5452323531302D366335623569677374337667 | Transmission 2.51 | 05/12/2013 02:14:44 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 19 | 69.245.225.254 | 2D5554333233302D21701D34CE8A498DEFBA4870 | µTorrent 3.2.3 | 05/12/2013 02:01:56 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 20 | 98.220.13.186 | 2D415A343930302D775678595248467A524E634F | Vuze 4.9.0.0 | 05/11/2013 10:11:44 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 21 | 98.222.252.153 | 2D5554333233302D21700A350D8C576C63902428 | µTorrent 3.2.3 | 05/11/2013 06:01:01 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 22 | 76.16.62.222 | 2D5554333330302D6E715355ADDDEAD87F673A5D | µTorrent 3.3.0 | 05/10/2013 06:49:58 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 23 | 50.151.237.89 | 2D415A343930302D51654F573862434C70486F75 | Vuze 4.9.0.0 | 05/10/2013 03:12:21 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 24 | 98.213.120.230 | 544958303139312D6A3469326533673369336633 | BitTornado 18.33.0 | 05/10/2013 01:55:20 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Belvidere |
| 25 | 24.1.244.18 | 2D5554333330302D68730991B03178C56E1D8224 | µTorrent 3.3.0 | 05/09/2013 03:17:26 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 26 | 98.213.162.93 | 2D5554333133302D6A6B3CE5296D40E8295C226F | µTorrent 3.1.3 | 05/09/2013 02:13:38 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 27 | 67.162.118.211 | 544958303139342D64386338673365336A306330 | BitTornado 18.33.0 | 05/08/2013 02:08:06 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Hickory Hills |
| 28 | 98.206.244.237 | 4D372D382D302D2DBA73702176EC104F1E07BC6B | BitTorrent 7.8.0 | 05/08/2013 05:06:32 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 29 | 50.158.20.215 | 2D5554333233302D2170F39CB6020EA6BE4D734F | µTorrent 3.2.3 | 05/08/2013 01:41:38 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 30 | 76.16.33.118 | 2D415A343930302D6D7A715674316D7658314F4B | Vuze 4.9.0.0 | 05/07/2013 02:38:45 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Harvey |
| 31 | 98.226.31.211 | 4D372D382D302D2D1773E24EE045BEB29F4BF90C | BitTorrent 7.8.0 | 05/08/2013 07:41:51 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Streamwood |
| 32 | 67.165.175.19 | 2D415A343831322D D6567416F6C4836497138796F | Vuze 4.8.1.2 | 05/05/2013 02:30:15 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 33 | 50.141.239.20 | 2D5554333230302D3C6C559305FE85A784A94E6B | µTorrent 3.2.0 | 05/05/2013 11:37:51 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Evergreen Park |

| # | IP | Hash | Client | Date/Time | File Name | File Hash | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 34 | 98.253.113.109 | 2D4243303133352D407E62D162854C5A36FB4B73 | BitComet 1.35 | 05/05/2013 07:13:36 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lyons |
| 35 | 50.151.133.181 | 2D5554333330302DB973622616CD67EDD1A44E6F | µTorrent 3.3.0 | 05/05/2013 02:20:31 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 36 | 24.15.132.37 | 2D415A343930302D7931627356775262 50706461 | Vuze 4.9.0.0 | 05/05/2013 11:50:32 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Bolingbrook |
| 37 | 24.1.223.228 | 2D5452323737302D6E73366577376A386F766F30 | Transmission 2.77 | 05/05/2013 10:45:07 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rolling Meadows |
| 38 | 98.253.220.139 | 2D5554333330302DC6715E129A965A6F1C0C7EF2 | µTorrent 3.3.0 | 05/05/2013 07:15:29 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Vernon Hills |
| 39 | 98.223.146.159 | 2D5452323737302D3663683976316D6D6D6D657575 | Transmission 2.77 | 05/05/2013 04:15:05 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 40 | 75.118.182.72 | 2D415A343730322D5A526E644B4D74476F675257 | Vuze 4.7.0.2 | 05/05/2013 01:12:21 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | WideOpenWest | Illinois | Chicago |
| 41 | 24.12.67.240 | 2D415A343930302D6B4852552327962 6847706663 | Vuze 4.9.0.0 | 05/05/2013 12:09:33 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 42 | 98.213.50.237 | 2D415A343830302D473172525A774D497141766A | Vuze 4.8.0.0 | 05/04/2013 05:20:47 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Evanston |
| 43 | 98.206.17.156 | 2D5554333330302DB9737425A6DB6E4BF9960753 | µTorrent 3.3.0 | 05/04/2013 07:28:40 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Dekalb |
| 44 | 67.162.16.55 | 4D372D382D302D2DBA730A31C90F6A7D315AEBA0 | BitTorrent 7.8.0 | 05/04/2013 05:34:33 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Sterling |
| 45 | 98.193.38.109 | 2D415A343930302D5A356E443146577353547A61 | Vuze 4.9.0.0 | 05/04/2013 04:33:30 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 46 | 98.206.244.181 | 2D554D313834302D06738E3CC51A16DB943F5FF3 | µTorrent Mac 1.8.4 | 05/04/2013 04:01:49 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 47 | 98.220.234.50 | 2D5452323737302D7A736D78756169727975796E | Transmission 2.77 | 05/03/2013 11:07:22 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Evanston |
| 48 | 50.158.11.89 | 2D5554333330302DB9733362D2A3134B93EDF82D8 | µTorrent 3.3.0 | 05/03/2013 01:36:00 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Burbank |
| 49 | 24.1.71.209 | 2D5554323230302DC35A4DA2BBF36766523EDCD5 | µTorrent 2.2.0 | 05/03/2013 05:59:57 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Itasca |
| 50 | 98.228.5.188 | 2D415A343530342D0395A6E41384231363051777A | Vuze 4.5.0.4 | 05/03/2013 04:58:31 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago Heights |
| 51 | 24.13.191.240 | 2D415A343830302D6C4936744A7139704448465A | Vuze 4.8.0.0 | 05/03/2013 04:37:30 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 52 | 24.7.211.54 | 2D554D313832302D5B710CC38371220C24BF1B9B | µTorrent Mac 1.8.2 | 05/03/2013 04:29:32 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB9 | Comcast Cable | Illinois | Darien |
| 53 | 24.13.115.69 | 2D415A343930302D6374385675414467444C7972 | Vuze 4.9.0.0 | 05/03/2013 02:36:06 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 54 | 98.227.233.30 | 4D372D372D332D2D22707E252DCC50F040568902 | BitTorrent 7.7.3 | 05/03/2013 01:26:35 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Homewood |
| 55 | 67.176.149.203 | 2D5452323736302D766D3376 7035383965396836 | Transmission 2.76 | 05/03/2013 12:28:05 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 56 | 98.227.100.129 | 2D415A343930302D417944424B68365572677079 | Vuze 4.9.0.0 | 05/02/2013 11:57:05 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Gurnee |
| 57 | 76.16.76.177 | 2D5452323531302D6D6262373876 71072706539 | Transmission 2.51 | 05/02/2013 10:20:49 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Highland Park |
| 58 | 98.227.83.235 | 4D372D372D332D2D22704B3E7F8DCDCD6A97F966 | BitTorrent 7.7.3 | 05/02/2013 10:08:47 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Peru |
| 59 | 98.206.0.120 | 4D362D342D302D2DAF46200D22C852682BBE11D2 | BitTorrent 6.4.0 | 05/02/2013 06:33:35 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 60 | 24.13.182.252 | 2D415A343930302D69566562364F53455A505033 | Vuze 4.9.0.0 | 05/02/2013 03:49:47 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Schaumburg |
| 61 | 98.222.69.209 | 2D5554333330302DB973EDC0F23325AFBF03F8FE | µTorrent 3.3.0 | 05/02/2013 06:39:38 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Park Forest |
| 62 | 67.186.98.211 | 2D5554333330302D6873B59C9390FFC0EE9BBE81 | µTorrent 3.3.0 | 05/02/2013 06:37:58 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 63 | 98.193.15.200 | 2D5554333330302DEC725230CE2A52B28F1DC8CB | µTorrent 3.3.0 | 05/02/2013 05:18:54 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Waukegan |
| 64 | 24.14.194.150 | 2D5554333330302D9E72026A667930FBDBD11148 | µTorrent 3.3.0 | 05/02/2013 05:10:36 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Harvey |
| 65 | 24.15.4.1 | 2D5554333330302D6873EF04EAC0130175381A22 | µTorrent 3.3.0 | 05/02/2013 03:26:14 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Willowbrook |
| 66 | 98.220.125.13 | 2D5554333330302DB973468F97D02A0AEDA306B09 | µTorrent 3.3.0 | 05/02/2013 03:14:39 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Elk Grove Village |
| 67 | 71.239.76.10 | 2D415A343830302D784742414B58783064445771 | Vuze 4.8.0.0 | 05/02/2013 02:24:39 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |

| # | IP | Hash | Client | Date/Time | File | SHA1 | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 68 | 98.193.21.121 | 2D554D313734422D236B9250F8F01DC0020B161D | µTorrent Mac 1.7.4 (Beta) | 05/02/2013 01:21:18 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 69 | 24.1.1.22 | 2D554323231302DD662902EC3997AD59EF9B481 | µTorrent 2.2.1 | 05/02/2013 01:25:06 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 70 | 24.13.22.217 | 2D5554333330302D6873F5B9EBDD8BC3E8D0866C | µTorrent 3.3.0 | 05/02/2013 12:53:46 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Carpentersville |
| 71 | 71.201.63.230 | 2D554D313834302D0673848C3CF5F9A695C2B262 | µTorrent Mac 1.8.4 | 05/01/2013 11:23:02 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 72 | 24.7.193.106 | 2D5554313835302D0644769CFE26A7D5F969445E | µTorrent 1.8.5 | 05/01/2013 09:49:51 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lisle |
| 73 | 67.184.205.20 | 2D5554333233302D2170EF3A2A01359B83D0EF9B | µTorrent 3.2.3 | 05/01/2013 09:27:47 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lake Villa |
| 74 | 98.212.180.132 | 4D372D382D302D2D697392F94F7B6122420A3AA1 | BitTorrent 7.8.0 | 05/01/2013 07:31:13 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Gurnee |
| 75 | 67.173.4.126 | 4D372D372D332D2D2270811DB83AFAB10BC20C5B | BitTorrent 7.7.3 | 05/01/2013 06:59:57 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 76 | 50.151.215.158 | 2D415A349930302D76555432694D52314C4F3538 | Vuze 4.9.0.0 | 05/01/2013 05:57:14 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 77 | 67.162.102.56 | 2D5554333330302D6873A3A76EE883375CD7C17F | µTorrent 3.3.0 | 05/01/2013 05:51:55 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 78 | 71.194.252.235 | 2D5554323231302D2A623C03BE9D981E977DBCE5 | µTorrent 2.2.1 | 05/01/2013 05:35:39 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Wheaton |
| 79 | 98.227.40.30 | 2D5554333330302D687311244474D5417FD9A26C | µTorrent 3.3.0 | 05/01/2013 03:54:59 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Tinley Park |
| 80 | 67.184.152.248 | 2D415A349930302D4E4171486D4B37306442457A | Vuze 4.9.0.0 | 05/01/2013 12:32:28 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Algonquin |
| 81 | 76.29.12.191 | 2D554D313832302D5B71C1AB5629DC0CB74D92C7 | µTorrent Mac 1.8.2 | 05/01/2013 07:37:54 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lincolnwood |
| 82 | 50.151.19.9 | 2D5554333330302D68730A33DB41EEF6C43EF7E6 | µTorrent 3.3.0 | 05/01/2013 02:43:50 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 83 | 75.150.212.41 | 2D5554333330302D687377DD4D5D194B14915B77 | µTorrent 3.3.0 | 05/01/2013 02:36:22 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Business Communications | Illinois | Thornton |
| 84 | 24.13.23.40 | 2D5554333233302D2170EF83B25B126E3FB21082 | µTorrent 3.2.3 | 05/01/2013 02:22:10 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Carpentersville |
| 85 | 76.16.229.38 | 2D5554333330302D9E72060AACB32F572DD2A594 | µTorrent 3.3.0 | 05/01/2013 12:40:58 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 86 | 67.175.197.245 | 2D5554333330302D6873AF2CBBDB98451E6EA829 | µTorrent 3.3.0 | 05/01/2013 12:18:55 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Crystal Lake |
| 87 | 68.60.249.21 | 4D372D382D302D2D6973F804C3850F61845E6A67 | BitTorrent 7.8.0 | 05/01/2013 12:03:00 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Itasca |